FILED
February 16, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RONDA BOONE, )<br>)<br>Defendant. ) | Case No. 2:16CR00020-TLN-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RONDA BOONE , Case No.  2:16CR00020-TLN-2 , Charge  18USC § 1956(h), 26USC § 7206(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond $_____

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)     Pretrail conditions as stated on the record.

Issued at  Sacramento, CA  on  February 16, 2016  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court