ROBERT M. WILSON sbn 122731
Law Offices of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Attorney for Defendant
RONDA BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:16-cr-020 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | MODIFY TRAVEL RESTRICTIOINS AS TO |
| vs. ) | DEFENDANT RONDA BOONE |
| ) | |
| MARTY MARCIANO BOONE and ) | . |
| RONDA BOONE, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for the GOVERNMENT, and Robert M. Wilson, attorney for Ronda Boone, that the travel restriction previously imposed by the Magistrate Court by modified to include permitting the DEFENDANT RONDA BOONE to travel without restriction to/from and within the Northern District of California.

//

//

//

//

//

Stipulation and [PROPOSED] Order Modify Travel Restrictions    -1-

This Stipulation has been presented to Pretrial Service Officer Tafia Gaskin, who has no objections.

                        Respectfully submitted,

DATED: October 25, 2016          /s/ Robert M. Wilson
                                       ROBERT M. WILSON
                                       Attorney for RONDA BOONE

DATED: October 25, 2016          PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ Jared Dolan
                                       JARED DOLAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the travel restriction previously imposed by the Magistrate Court by modified to include permitting the DEFENDANT RONDA BOONE to travel without restriction to/from and within the Northern District of California.

Dated:  October 26, 2016

                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE