
FILED
DEC 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERND DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) Case No.: 2:16-cr-00020TLN
)
Plaintiff )
)
vs )
)
)
)
MARTY MARCIANO BOONE and
RONDA BOONE,

Defendants

# NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST

In the matter of: RONDA BOONE ) STATE OF CALIFORNIA
2525 MARSHFIELD ROAD )
SOLANO COUNTY, CALIFORNIA [Exempt] ) COUNTY OF SOLANO
) JUSTICE OF THE PEACE PRECINT #1

IN THE CASE OF 2:16-cr-00020TLN

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1001]**

In the Common Law and for the record, KNOW ALL MEN BY THESE PRESENTS:
that, I Ronda Boone (hereinafter known as 'Principal'), do hereby declare all power of attorney by, for, and with, these sole and aggregate corporations, agencies and agents, subsidiaries, representatives and employees, thereof, and by which the undersigned Principal constituted attorney for the purpose set forth in said power of attorney thru all contracts with the corporations of the "COUNTY OF SOLANO County, INC." and the "STATE OF CALIFORNIA, INC." and the "UNITED STATES OF AMERICA, INC." and the "UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA" and the "UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA" and the "CALIFORNIA STATE FRANCHISE TAX BOARD" and the "INTERNAL REVENUE SERVICE, INC." and the "UNITED STATES DEPARTMENT OF THE TREASURY, INC.", to include: 'license' to drive, 'certificate' of property 'title' and 'certificate' of birth where licenses are voluntary and certificates are by color of title and law, from the 27th day of November 1962, Nunc pro tunc and from infinity and beyond is wholly revoked, extinguished, canceled, made null and void and as declared and signed on this date of December 26, 2016 A.D., and by Principal, and with praise to the goodness of our creator, as so named:

1.) The "COUNTY OF SOLANO, INC."
2.) SHERIFF OF SOLANO COUNTY"
3.) The "UNITED STATES OF AMERICA, INC."
4.) The "STATE OF CALIFORNIA, INC"
5.) The "DEPARTMENT OF JUSTICE INC."
6.) The "FEDERAL BUREAU OF INVESTIGATIONS"
7.) The "FEDERAL MARSHALS, INC."
8.) The "VALLEJO POLICE DEPARTMENT INC."
9.) The "INTERNAL REVENUE SERVICE INC."
10.) The "DEPARTMENT OF THE UNITED STATES INC."
11.) "CALIFORNIA DEPARTMENT OF MOTOR VEHICLES"
12.) Robert M. Wilson, Attorney at Law
13.) Troy Nunley, United States District Judge, Eastern District of California
14.) John H. Mendez, United States District Judge, Eastern District of California
15.) Carolyn K. Delaney, United States Magistrate Judge, Eastern District of California
16.) Allison Claire, United States Magistrate Judge, Eastern District of California
17.) Benjamin Wagner, United States Attorney, Eastern District of California
18.) Jared C. Dolan, Assistant United States Attorney, Eastern District of California
19.) Taifa Gaskins, Pre-trial Services Agent, United States District Court, Eastern District of California
20.) Ronald H. Sargis, Judge, United States Bankruptcy Court, Eastern District of California
21.) Marianne Matherly, Clerk, United States District Court, Eastern District of California
22.) Arlette Lee, Spl. Agent, Criminal Investigations, IRS
23.) Cindy Lin, Criminal Investigations, IRS
24.) Howard Knudsen, Auditor, IRS
25.) S. Kemp, Revenue Officer, IRS

c/o: Ronda Boone, 2525 Marshfield Road, Vallejo California Indian Country
18 USC 1151 JUSTICE OF THE PEACE PRECINCT #1 NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1001]
Page 1 of 4 Initials - Principal: ____

In the matter of: RONDA BOONE ) STATE OF CALIFORNIA
2525 MARSHFIELD ROAD )
SOLANO COUNTY [Exempt] ) COUNTY OF SOLANO
 ) JUSTICE OF THE PEACE PRECINT #1

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1002]**

IT IS DECLARED that any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Principal and for any cause, contract or matter and from anyone other than Principal and signed by any man or woman or agent or signed for any man or woman or agent and other than Principal where said <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u> is made public and into this matter and for all matters and cause related to Principal, is noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this <u>NOTICE AND DECLARATION OF FRAUD</u> and where all subsequent attempts to contract Principal without consideration of Principal right to refuse to contract is without full disclosure nor just compensation and where any copy of alleged "INDICTMENT" "WARRANT" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Principal is evidence of fraud. All copy assume facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any power of attorney with Principal and for the profit of anyone other than Principal and without compensation to Principal, nor full disclosure of said profit.

In the matter of: RONDA BOONE ) STATE OF CALIFORNIA
2525 MARSHFIELD ROAD )
SOLANO COUNTY, CALIFORNIA [Exempt] ) COUNTY OF SOLANO
) JUSTICE OF THE PEACE PRECINT #1

NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1003]

IT IS DECLARED that these said and named sole and aggregate corporations, agents and agencies and subsidiaries and employees and all derivatives of their names, thereof, are noticed specifically of this NOTICE AND DECLARATION OF FRAUD and by actions and by public notice of fraudulent obligation.
IT IS DECLARED that any attempts by any man or woman or agents thereof, to transmit fraudulent documents to Principal via U.S. Mail, or by any other means, will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq. ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act. See 18 U.S.C. 1961(1) (B).
IT IS FURTHER DECLARED that private power of attorney agreement(s) granted to attorney-in-fact(s), and from Principal, is noticed publicly that dishonor of this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY and by force, duress, or any other fraudulent act in the coercion to contract Principal to any foreign jurisdiction and agents thereof, and without warrant or other negotiable instrument issued by any corporate representative acting in judgment of Principal and without Principal consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Principal by color of law resulting in the loss of freedom, liberty and the substance of Principal, is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to harm Principal.
WHEREFORE this NOTICE AND AFFIDAVIT OF POSTING AND NOTICE OF CONTRACT REFUSAL [#1005] declares Principal right to refuse to contract and declares Principal refusal of contract for, in and of, this cause and by this NOTICE OF CONTRACT REFUSAL and with all reservation of rights and for this corporate administrator.
THEREFORE, Principal declares this NOTICE TO CEASE AND DESIST by reservation of all rights and by Principal signature of this declaration and by NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY made public in said cause and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conductive to any comfort of living of Principal or Principal heir and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Principal signature and without Principal benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations of the "UNITED STATES OF AMERICA INC."" acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Principal in any contract, cause or matter by the voiding of consent of Principal forevermore.

In the matter of: RONDA BOONE )  STATE OF CALIFORNIA
2525 MARSHFIELD ROAD )
SOLANO COUNTY, CALIFORNIA [Exempt] )  COUNTY OF SOLANO
) JUSTICE OF THE PEACE PRECINT #1

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1004]**

Notice-witness of this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST</u> does not constitute consent to any adhesion contracts for the corporations of the "COUNTY OF SOLANO, INC." or the "STATE OF CALIFORNIA, INC." and all subsidiaries thereof, where all matter is publicly declared under the jurisdiction of the common law.

By: _____
Signed, Principal, All Rights Reserved

Witnessed By: _____

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this Certificate is attached, and not the truthfulness, accuracy, or Validity of that document

State of CALIFORNIA )
SOLANO County )
On this day and date of December 26, 2016 A.D., Principal did personally appear before me, is known to be the **natural woman or man** operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as **her or him** free act and deed. Subscribed and agreed to before the undersigned.

Seal

*See Attached California Acknowledgement/Jurat*

_____
Notary Signature, All Rights Reserved

_____
Printed name of Notary

c/o: Ronda Boone, 2525 Marshfield Road, Solano County Indian Country
28 USC 1151 JUSTICE OF THE PEACE PRECINCT #1 NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#1004]
Page 4 of 4
Initials - Principal: RB

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 ~~_____~~
2 ~~_____~~
3 ~~_____~~
4 ~~_____~~
5 ~~_____~~
6 ~~_____~~

_____   _____
*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SOLANO__

Subscribed and sworn to (or affirmed) before me on this __27th__ day of __DECEMBER__, 20__16__,
by   *Date*      *Month*      *Year*

(1) _____*Ronda Boone*_____

(and 2) _____*N/A*_____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

[Notary Seal: DUSHYANT DHAWAN, Commission # 2133315, Notary Public - California, Solano County, My Comm. Expires Nov. 9, 2019]

*Seal*
*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Revocation of POA__    Document Date: __12/27/16__
Number of Pages: __5__   Signer(s) Other Than Named Above: __none__

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

15002142-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of October, 2014.

Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*



# State of California

## SECRETARY OF STATE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That, Stephen L. Vagnini whose name appears on the annexed certificate, was on November 18, 2009, the duly qualified and acting County Clerk-Recorder of the County of Monterey, in said State.

That the seal affixed thereto is the seal of said County; that the signature thereon appears to be the signature of Stephen L. Vagnini and that the annexed certificate is in due form and by proper officer.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 23rd day of September 2014.



*Debra Bowen*
Secretary of State

BY *John J Ryan*

1FV 1-07)  OSP 12 128262

# COUNTY OF MONTEREY
## SALINAS, CALIFORNIA



CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 2700 4568

- 1A. Name of Child—First Name: LINDA
- 1C. Last Name: ELMIDGE
- 2. Sex: FEMALE
- 3A. This Birth, Single, Twin, or Triplet: SINGLE
- 4A. Date of Birth: NOVEMBER 27, 1962
- 4B. Hour: 3:25 P.M.
- 5A. Place of Birth—Name of Hospital: MONTEREY COUNTY HOSPITAL
- 5B. Street Address: NATIVIDAD ROAD
- City or Town: SALINAS
- 5D. County: MONTEREY
- 6A. Name of Mother—First Name: DELORES
- 6C. Last Name: HUNTER
- 7. Color or Race of Mother: NEGRO
- 8. Age of Mother: 18 YEARS
- 9. Birthplace: TEXAS
- Legal Residence of Mother—Street Address: 1500 WARING
- City or Town: SEASIDE
- 11D. County: MONTEREY
- 11E. State: CALIFORNIA
- 12A. Name of Father—First Name: RONALD
- 12C. Last Name: ELMIDGE
- 13. Color or Race of Father: NEGRO
- 14. Age of Father: 22 YEARS
- 15. Birthplace: ILLINOIS
- 16A. Present or Last Occupation: CONSTRUCTION
- 17B. Date Signed by Informant: 11-28-62
- 18A. Physician: IDA WONG, M.D.
- 18B. Address: MONTEREY CO. HOSPITAL
- 21. Date Received by Local Registrar: DEC 17 1962

---

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF MONTEREY

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Monterey County Clerk-Recorder.

DATE ISSUED: NOV 18 2009

STEPHEN L. VAGNINI
County Clerk-Recorder

ATTEST

*000464846*



This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder.