ROBERT M. WILSON sbn 122731
Law Offices of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Attorney for Defendant
RONDA BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:16-cr-020 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | REMOVE DRUG TESTING AS A SPECIAL |
| vs. ) | CONDITION OF PRETRIAL RELEASE |
| ) | . |
| MARTY MARCIANO BOONE and ) | |
| RONDA BOONE, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for the GOVERNMENT, and Robert M. Wilson, attorney for Ronda Boone, that the drug testing requirement previously imposed by the Magistrate Court on February 16, 2016 as a Special Condition of Release number 9, (ECF 13) be removed and that Special Condition of Release number 8 be modified to say "no excessive alcohol" instead of "no alcohol at all."

This Stipulation has been presented to Pretrial Service Officer Tafia Gaskin, who has no objection.

Respectfully submitted,

DATED: March 14, 2017           */s/ Robert M. Wilson*
                                ROBERT M. WILSON
                                Attorney for RONDA BOONE

Stipulation and [PROPOSED] Order Modifying           -1-
Special Conditions of Release

| | |
|---|---|
| DATED: March 14, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Jared Dolan*<br>JARED DOLAN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the drug testing requirement previously imposed by the Magistrate Court on February 16, 2016 as a Special Condition of Release number 9, be removed and that Special Condition of Release number 8 be modified to say "no excessive alcohol" instead of "no alcohol at all.".

Dated:  March 14, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE