FILED
AUG 03 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-020 TLN |
| Plaintiff, | NOTICE OF RELEASE OF LEGAL COUNSEL |
| vs. | |
| MARTY MARCIANO BOONE AND RONDA BOONE, | |
| Defendant | |

**NOTICE OF RELEASE OF LEGAL COUNSEL**

NOTICE OF RELEASE OF LEGAL COUNSEL - 1

# NOTICE OF RELEASE OF LEGAL COUNSEL

August 2, 2017
Office of Robert Wilson
770 L Street, Suite 950
Sacramento CA, 95814

To Robert M. Wilson

Mr. Robert M. Wilson please accept this letter as formal notice that you are hereby released from any obligation and or contract to litigate on my behalf or to represent me as legal counsel, effective immediately.

Reasons for release of obligation and termination:

1. Attorney's Duties is to be candid, the Client relies on the Attorney to be forth coming but that hasn't been the case in relation to bonds, liability bonds, and relationships.

2. Failure to discharge duties.

3. Negligent in requesting evidence that is vital to the case such as signed Order issuing the Warrant, True Bill, and grand jury transcripts and especially recordings.

4. Other than effective, in disregard to Corpus Juris Secundium.

Please forward to me any and all records, transcripts, and documents relating to my case.

Thank you in advance for your cooperation. If you have any questions, please contact me at once.

Sincerely,

*[signature]*

Ronda Boone
2525 Marshfield Road
Vallejo, California
707 208 4259

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Solano_____)

On __August 2, 2017__ before me, __LINDA DIAN Biber Notary Public__
(insert name and title of the officer)

personally appeared __Ronda Boone__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Linda Dian Biber_ (Seal)
06·16·2020

[Notary Seal: LINDA DIAN BIBER, Notary Public - California, Solano County, Commission # 2156784, My Comm. Expires Jun 16, 2020]