**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RONDA BOONE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Nos. 2:16-cr-00020-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| **RONDA BOONE**, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christina McCall, and defendant, Ronda Boone, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, February 6, 2020 at 9:30 a.m. in the above-captioned matter, and to continue judgment and sentencing to April 23, 2020 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that the defense needs additional time to complete a psychological evaluation of Ms. Boone, as part of the defense preparation for sentencing.  The probation officer in this matter, Erica Tatum, is available on the date requested.  The Court is advised that Ms. McCall concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 10, 2020          MCGREGOR W. SCOTT
                                           United States Attorney

                             By:    /s/ Christina McCall
                                            CHRISTINA MCCALL
                                            Assistant United States Attorney

Dated: January 10, 2020                   /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              RONDA BOONE

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, February 6, 2020, is VACATED and the above-captioned matter is set for judgment and sentencing on April 23, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 13, 2020

                                              Troy L. Nunley
                                              United States District Judge