UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONDA BOONE,<br><br>Defendant. | CASE NO. 2:16-CR-00020-TLN<br><br>**SEALING ORDER** |

    Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Defendant's supplemental Exhibits K through N in support of sentencing — to wit, a declaration by Susanne P.K. Martin, M.D.; letters from Madeline Gardiner and Yolanda Elmidge; and Defendant's medical records from Nevada County Jail — shall be SEALED until further order of this Court.

    It is further ordered that access to the sealed documents shall be limited to the Government and Defendant.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing the defense exhibits serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In

1

light of the public filing of the notice of request to seal, the Court further finds that there are no additional alternatives to sealing the defense exhibits that would adequately protect the compelling interests identified.

DATED: November 19, 2020

_____
Troy L. Nunley
United States District Judge